IN RE JUSTIN F.

IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 32350) is denied.

*Anthony L.,* pro se, and *Kimberly L.,* pro se, in support of the petition.

Decided October 27, 2010

IN RE JUSTIN F.

IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court is dismissed.

*Anthony L.*, pro se, and *Kimberly L.*, pro se, in support of the petition.

Decided October 27, 2010